Matter of Martin v Martin
2026 NY Slip Op 02761
May 1, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF CARL MARTIN, PETITIONER-APPELLANT,
v
CHELSEA MARTIN, RESPONDENT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on May 1, 2026
346 CAF 25-01085
Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

THOMAS L. PELYCH, HORNELL, FOR PETITIONER-APPELLANT.
VERA A. VENKOVA, WILLIAMSVILLE, ATTORNEY FOR THE CHILDREN.

Appeal from an order of the Family Court, Wyoming County (Keith D. Kibler, J.), entered May 23, 2025, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, set out the parenting time for the parties with the children.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: We conclude that petitioner father's appeal in this Family Court Act article 6 custody modification proceeding must be dismissed. Inasmuch as the father received the substantive relief requested in his petition for modification of a prior custody order, including the equal parenting time he specified, the father is not an aggrieved party (see CPLR 5511; Matter of Jefferson County Dept. of Social Servs. v Mark L.O., 12 AD3d 1037, 1038 [4th Dept 2004], lv dismissed 4 NY3d 794 [2005]; see also Matter of Cooper v Cooper, 74 AD3d 1868, 1869 [4th Dept 2010]).
Entered: May 1, 2026
Ann Dillon Flynn
Clerk of the Court